## Yazoo & M. V. R. Co. *v.* Boon.

[73 South. 563, Division A.]

Appeal and Error. *Disposition of cause. Reward on special issue.*

> Under Supreme Court Rule 13, so providing when a judgment is reversed and a new trial ordered because the damages are excessive or inadequate and for no other reason the judgment will be set aside only as to damages and be good in all other respects and where a judgment was reversed because of the refusal of the court below to grant an instruction bearing solely on the measure of damages, and the cause then remanded generally, a motion to correct the judgment so as to remand the case for trial only on the question of damages will be sustained.

Appeal from the circuit court of Bolivar County.
Hon. D. W. Cutrer, Special Judge.
Motion to correct judgment in Supreme Court.

*Montgomery & Montgomery,* for appellant.

*Cutrer & Johnson,* for appellee.

Smith, C. J., delivered the opinion of the court.

On a former day of this term, the judgment of the lower court was reversed and the cause remanded generally, because of the refusal of the court below to grant an instruction which had no bearing upon the question of appellant's liability, but solely upon the measure of damages. The cause therefore comes within the provisions of Rule No. 13 (72 So.,—) and, consequently, appellee's motion to correct the judgment formerly rendered by us, so as to remand the cause for trial in respect to damages only, must be and is sustained.

*Sustained.*